- 1 -

1   Your Name:    Yvonne Jett

2   Address:    19972 Stanton Ave #62 CastroValley, Ca. 94546

3   Phone Number:    (510) 593-9465

4   Fax Number:    **FILED**

5   E-mail Address:

6   Pro Se Plaintiff    MAR 11 2024    5

7    CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    **CV 24 - 01472**    SK

11    Yvonne Jett

12

13      Plaintiff,      Case Number    *[leave blank]*

14    vs.    **COMPLAINT** Due Process

15    U.S. Post Office    Denied, Violation of 14ᵗʰ

16    U.S. Workers Compensation    Amendment, Abuse of office

17    U.S. ECAB    **DEMAND FOR JURY TRIAL**

18    U.S. Solicitor    Yes ☑ No ☐

19      Defendant.

20

21    **PARTIES**

22    1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

23   Name:    Yvonne Jett

24   Address:    19972 Stanton Ave #62, CastroValley, Ca. 94546

25   Telephone:    (510) 593-9465

26

27

28

COMPLAINT
PAGE 1 OF 8 *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: U.S. Post Office

Address: 1675 7th St, Oakland, Ca. 94615

Telephone: (510) 251-3373

Defendant 2:

Name: U.S. Dept of Labor

Address: 200 Constitution Avenue N.W, Washington, D.C. 20210

Telephone: 1-866-487-2365

Defendant 3:

Name: Office of Workers Comp. Program (ECAB)

Address: Director, OWCP-) FEC  -  Washington DC. 20210

Telephone: 1-866-487-2365

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] Civil Rights Violatci)
14th Amendment.

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants **and** the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 8 [*JDC TEMPLATE – Rev. 05/2017*]

1    **VENUE**

2    *[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin,*
3    *Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or*
      *Sonoma. If one of the venue options below applies to your case, this District Court is the correct*
4    *place to file your lawsuit. Check the box for each venue option that applies.]*

5        4.    Venue is appropriate in this Court because:

6              ☐ a substantial part of the events I am suing about happened in this district.

7              ☐ a substantial part of the property I am suing about is located in this district.

8              ☑ I am suing the U.S. government, federal agency, or federal official in his or her

9              official capacity <u>and</u> I live in this district.

10             ☐ at least one defendant is located in this District and any other defendants are

11             located in California.

12

13                              **INTRADISTRICT ASSIGNMENT**

14   *[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First*
15   *write in the county in which the events you are suing about happened, and then match it to the*
      *correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa,*
16   *San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San*
      *Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake,*
17   *Mendocino counties, only if all parties consent to a magistrate judge.]*

18       5.    Because this lawsuit arose in ____Alameda____ County, it should be

19   assigned to the ___San Francisco___ Division of this Court.

20

21                              **STATEMENT OF FACTS**

22   *[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u>*
      *the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate,*
23   *numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

24          I just Recently Realized after going Back
25   to school that my Rights were violated and
26   I was in a vicious cycle of DBuse of the
27   office in my workers Compensation cases and
28   Appeals. My evidence was omitted out of all Reports
                                                  and Decisions.

COMPLAINT
PAGE 3 OF 8  *[JDC TEMPLATE – Rev. 05/2017]*

9

I got injured lifting sacks of mail
Repetitively and I suffered a cumulative
neck work injury that degenerated through
the years with life changing limitations.
I have lived with on the job injuries
that I have been going through timely
Reconsiderations, and appeals for years
with no Due Process. I went Back to
school to Better Represent myself and to
understand what was going wrong in my
case since I could not get any help.
I witness the Abuse of office Being
used on me for years because I
did not know or Realize it until I
got educated to understand what was
happening to me. I tried to work with
the system of the workers compensation
and administrative filings that failed
to address my cumulative injury, thru
party participation in the F.C.E when
I got injured, and Doctors used to write
supplements and Referee Reports that
I did not see, or examine me were the
same two Doctors they used to deny my
claims and terminate me. I Requested copies
"But, Never got any Because the examination
"never took place. I have submitted
Doctors Reports, MRI's, XRays...to prove
my injuries.

COMPLAINT
PAGE 4 OF 8 [JDC TEMPLATE – Rev. 05/2017]

10

- 5 -

## CLAIMS

### First Claim

(*Name the law or right violated:* 14th Amendment )

(*Name the defendants who violated it:* U.S. Post Office, W/C, FCAR )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.* You do not need to make legal arguments. You can refer back to your statement of facts.]

They
Excluded evidence from my case that
proved my injury closed a cumulative
work injury and falsely terminated
me. Played a abuse of office game
with me for years that I realized
recently what was happening to me
after returning to school to defend
myself. They left out the third party
in my investigation at the F.C.E
examination after I got injured that
proved my injury.
They used falsefied medical Reports
from Doctors that Did not see, or
examine me to Deny my claim...
They violated my civil Rights time, and
time again with malice
They had a motive and intent to not
acknowledge my Doctors Reports, or my
statements of facts about their errors,
and unlawful acts.
"The ABUSE of the office used against me
was appalling

- 6 -

1        Civil Rights **Claim**

2 (Name the law or right violated: U.S. Post Office, W/C, EEOB )

3 (Name the defendants who violated it: _____ )

4

5 I was played with for years with

6 the abuse of office/power By them

7 until I Realized that their is no

8 impartiality or Due Process going

9 to Be made By them after getting

10 a education. Since I have not

11 gotten any fairness By them it is

12 time and long over Due for me to

13 get Due Process By the Courts.

14 My case must Be heard By the courts

15 since I Realized that this is gravely

16 wrong what they have Been Doing to

17 me all for the sake of Denying my claims

18 and Terminating me. I suffered Daily and

19 I have Been under the same Doctors

20 care for 25 yrs who was my treating

21 physician that they ignored his medical

22 Reports with compromised Doctors mentioned

23 earlier in my claim.

24

25      Please Help me !

26

27

28

COMPLAINT

PAGE 6 OF 8 [JDC TEMPLATE – 05/17]

- 8 -

r2

*[Copy this page and insert it where you need additional space.]*

To, The Courts

I finally Realized that my Rights have Been violated By them for years. I have filed timely Reconsiderations and ECAB Appeals going no where. They have used ABUSE OF Office/Power to keep me in a vicious circle of no Return, no Due Process, no fairness, and no impartiality. I trusted them to Do justly By me not knowing what was happening to me By them. After getting an education I finally Realized that something was gravely wrong and I needed to have my cases heard in the courts for justice since I wasn't getting any from them. I have a neck injury, Back, Left wrist, Hand(s), and limited usage of my arms/legs Due to my on the Job injuries that I live with Daily under Doctors care. My Doctor J. Eichel has Been my Treating Physician for 25yrs who has written many medical Reports that I've given to W/C and ECAB. They have used two Doctors that would write and have written Supplemental and Referee Reports withouT seeing me, or examining me. Their Doctors have Been compromised to write for their Benefit only Because I have proof of that, that I will present to the courts.

Please Help Me!

thancs,

COMPLAINT
PAGE 7 OF 8  *[JDC TEMPLATE – 05/17]*

13

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

I am Requesting to Be Made whole.

I am Requesting Punitive Damages

I am Requesting Accountability.

I am Requesting Due Process,

Thankss

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3/7/2024      Sign Name: _____

Print Name: Yvonne Jott

COMPLAINT
PAGE 8 OF 8   *[JDC TEMPLATE – 05/17]*

1     14

*[handwritten, top right:]* From Director of ECAB 1/30/2024

U.S. DEPARTMENT OF LABOR

EMPLOYEES' COMPENSATION APPEALS BOARD

| | |
|---|---|
| In the Matter of | ) ECAB Docket No. 2023-0797 |
| Y.J. (YVONNE D. JETT) | ) |
| | ) OWCP File No. 130655535 |
| Appellant | ) |

### ANSWER TO PETITION FOR RECONSIDERATION

The Director of the Office of Workers' Compensation Programs (OWCP), U.S. Department of Labor, respectfully submits this answer to appellant's petition for reconsideration of the Employees' Compensation Appeals Board's (ECAB) decision in the above-entitled case.

I

The standard for granting a petition for reconsideration is that the ECAB's decision must contain an error of fact or law. *See Virginia Faye Gabbert (Byron Lowell Gabbert)*, 21 ECAB 149 (1969); *Piotr W. Gul*, 17 ECAB 714 (1966).

II

The Director has reviewed appellant's petition for reconsideration and has no comment. The ECAB is requested to rule justly on the petition.

*[handwritten annotations:]*

Why?

- no Response from ECAB As Requested!

This D) 11) not happen at all, I was put in the que sent Back into the mail Room Back in a circle going no where again.

15

III

Oral argument is not requested on behalf of the Director.

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

ALEXANDRA A. TSIROS
Acting Associate Solicitor
   for Federal Employees' and Energy
   Workers' Compensation

JIM C. GORDON, JR.
Counsel for FECA

MIRIAM D. OZUR
Attorney
U.S. Department of Labor
200 Constitution Avenue, N.W.
Suite N2625
Washington, D.C.  20210
Email: FEEWC@dol.gov

DATED: January 30, 2024

Attorneys for the Director, Office
of Workers' Compensation Programs

2



**U.S. Department of Labor**      Employees' Compensation Appeals Board
200 Constitution Avenue, N.W.
Washington, D.C. 20210



January 31, 2024

Yvonne D Jett
19972 Stanton Avenue Apt 62
Castro Valley, CA 94546

Docket Number:   **2023-0797**

OWCP File No.:   **130655535**

Dear Yvonne D Jett:

Enclosed is a copy of an Answer to Petition for Reconsideration of the Board's Decision and Order issued 12/05/2023 in the above case, filed by the Director, Office of Workers' Compensation Programs.

Any reply which you may wish to make to the Answer to the Petition for Reconsideration should be forwarded to the Board, in duplicate, not later than 02/15/2024.

By direction of the Board,

Thomas O. Shepherd, Jr., Esq.
Clerk of the Appellate Boards

Enclosure(s)

cc:



III

Oral argument is not requested on behalf of the Director.

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

ALEXANDRA A. TSIROS
Acting Associate Solicitor
   for Federal Employees' and Energy
   Workers' Compensation

JIM C. GORDON, JR.
Counsel for FECA

*Miriam D. Ozur*

MIRIAM D. OZUR
Attorney
U.S. Department of Labor
200 Constitution Avenue, N.W.
Suite N2625
Washington, D.C. 20210
Email: FEEWC@dol.gov

DATED: January 30, 2024

Attorneys for the Director, Office
of Workers' Compensation Programs

2

18

File Number: 130655535
Dismiss Reconsideration-O-RECO

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone:  (202) 513-6860

**Want Faster Service?**
**Upload a document at ecomp.dol.gov**

*From mail Room instead of ECAB*

February 12, 2024

Date of Injury: 07/22/1981
Employee:  YVONNE D. JETT

*2/12/2024*

YVONNE D JETT
19972 STANTON AVE
APT 62
CASTRO VALLEY, CA 94546

*Why?*

Dear YVONNE JETT:

On  we received your letter requesting reconsideration.  It is not clear from your letter which decision or issues you are asking us to reconsider.  Requests for reconsideration on separate case files must be requested individually, to the specific case file. Should you have any questions, please contact your assigned claims examiner.

No further action will be taken on your letter. If you wish to request reconsideration of your case, you must make such a request, in writing, within one year of the date of the decision you are asking us to reconsider. Your request must clearly identify the decision and issues upon which reconsideration is being requested, and must be accompanied by relevant evidence not previously submitted, or a legal argument not previously considered.

Sincerely,

*Where is ECAB Justly Response? This is not from ECAB why?.*

Federal Employees Program

UNITED STATES POSTAL SERVICE
CALIFORNIA 2
OCCUPATIONAL HEALTH CLAIMS OFFICE
3775 INDUSTRIAL BLVD
WEST SACRAMENTO, CA 95799

*This is from the mail Room to start all over why?*



*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

19

YVONNE D JETT
19972 STANTON AVE
APT 62
CASTRO VALLEY, CA 94546

**Want Faster Service?**
**Upload Your Response or <u>ANY</u> Document at: <u>ecomp.dol.gov</u>**



To, Courts                                                    3/7/2024

I have two claims    13213335S
                     13065553S
I got injured lifting a sack of mail at the Post
office that caused the a Life Long neck injury.
I worked limited Duty after that injury part
time with W/C paying me the other part.
I have a cumulative work injury that last
forever. However, my claim was closed
and next I went to a F.C.E Examination
trying to Return Back to work to test my
strength Required By W/C. I got injured
at the F.C.E from the Jamar Examination
with my Left wrist/Hand. This examination
Requires Both Hands for the reading of
the recordings, Therefore the Technician
assisted me after I got injured By Being
my Left Hand, and I was the Right Hand
after the 1st initial try of my Left Hand.
The third Party Technician Participation of
the investigation Evidence was Excluded out
of all Reports, and Decision even though I
Disclosed this information many times. Plus I was
                                        Terminated too.
They used two Doctors to write
Reports without seeing, or examining me also.

Exhibit 1



Stanford Medicine Partners Emeryville
Family Medicine
5915 Hollis Street, Ste B
EMERYVILLE CA 94608-2068
Phone: 510-286-8160
Fax: 510-286-8158

7/14/2022

RE: Yvonne D Jett
19972 Stanton Ave Apt 62
Castro Valley CA 94546-4052

To Whom It May Concern:

This is to verify that Yvonne D Jett has been under my care since 1997, during which time I have served as her primary care physician. This is a brief report written at her request summarizing her injuries and disability.

She is a former employee of the US Postal Service. On July 22, 1981, she was lifting a sack of mail while working morning dispatch at the Oakland main post office and sustained an acute neck injury, which has disabled her ever since. By the time she presented to me in 1997, she had significant osteoarthritis in her neck and chronic pain which severely limited her range of motion of her neck and still does.
She attempted to return to work in 2005. She underwent a functional capacity evaluation on 6/21/2005, during which the grip and functional strength of her left hand and wrist was tested and she needed the technician to assist her to do the test. She was able to do the test with her right hand unassisted. She developed severe pain in her left wrist from that evaluation, which prompted a physician consultation the next day and was later diagnosed as a torn fibrocartilage complex in her left wrist.

She also sustained tendinitis in her finger flexors from that evaluation, and since then has developed intermittent triggering of her fingers of both hands (right compensating for pain in left), all of which has worsened her disability.

She continues to have very limited range of motion of her neck, chronic pain in her neck, and chronic pain in her left hand and wrist which make her unable to lift and carry objects weighing more than 2 pounds, use a keyboard, or sit or stand for more than 30 minutes consecutively. Her treatments include stretching, physical therapy exercises, bracing as needed for her neck and left hand/wrist, and prescription medicines for chronic pain. She will likely need to continue these treatments for the rest of her life, and we do not expect her disabling conditions to improve. She is permanent and stationary with regard to these injuries, and will permanently need to have accommodations for these injuries to accomplish any tasks in her life, including her independent activities of daily living

Sincerely,

James Edward Eichel, MD

Exhibit 2

Yvonne D Jett                          1 of 1                          DOB: 10/27/1958

File Number: 132133355
New Recon Receipt-O-RECO

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone: (202) 513-6860

**Want Faster Service?**
Upload a document at ecomp.dol.gov

April 13, 2022

Date of Injury: 06/21/2005
Employee: YVONNE D. JETT

YVONNE D JETT
19972 STANTON AVE
APT 62
CASTRO VALLEY, CA 94546

Dear YVONNE JETT:

This will acknowledge receipt of your petition dated 03/26/2022, requesting reconsideration of the above-captioned claim under the Federal Employees' Compensation Act (FECA).

The case file has been assigned to a Quality Assurance and Mentoring Examiner (QAM) who has not previously rendered a decision on the contested issue. The QAM will review your petition, along with any supporting evidence and/or legal argument, and render a decision in accordance with applicable laws, regulations, and procedures. Please be assured that every effort will be made to issue a timely decision on your request.

Sincerely,

Federal Employees Program

UNITED STATES POSTAL SERVICE
CALIFORNIA 2
OCCUPATIONAL HEALTH CLAIMS OFFICE
3775 INDUSTRIAL BLVD
WEST SACRAMENTO, CA 95799

To, Courts
This Dill not happen all of my Evidence of 3rd Party
participation (video, Reports Errors .. were not addressed)!
Still, no Due Process.

*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*



Exhibit 3

File Number: 130655535
New Recon Receipt-O-RECO

U.S. DEPARTMENT OF LABOR

DFELHWC-FECA, PO Box 8311
LONDON, KY 40742-8311
Phone:  (202) 513-6860

**Want Faster Service?**
Upload a document at ecomp.dol.gov

August 16, 2022

Date of Injury: 07/22/1981
Employee:  YVONNE D. JETT

YVONNE D JETT
19972 STANTON AVE
APT 62
CASTRO VALLEY, CA 94546

Dear Ms. Jett:

This will acknowledge receipt of your petition dated 07/14/2022, requesting reconsideration of the above-captioned claim under the Federal Employees' Compensation Act (FECA).

The case file has been assigned to a Quality Assurance and Mentoring Examiner (QAM) who has not previously rendered a decision on the contested issue.  The QAM will review your petition, along with any supporting evidence and/or legal argument, and render a decision in accordance with applicable laws, regulations, and procedures.  Please be assured that every effort will be made to issue a timely decision on your request.

Sincerely,

Federal Employees Program

UNITED STATES POSTAL SERVICE
CALIFORNIA 2
OCCUPATIONAL HEALTH CLAIMS OFFICE
3775 INDUSTRIAL BLVD
WEST SACRAMENTO, CA 95799

To, Courts

My Cumulative work injury that was closed Request to Reopen Due to Eurors of Facts and findings, Did not happen and I still Did not get Due Process !

*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

Exhibit 4

JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Yvonne Jett

**DEFENDANTS**

U.S. Post office, Workers Compensation, ECAB

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

Diomeda

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Yvonne Jett

19972 Stanton Ave #62, Castro Valley Ca 94546

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

|   |   |   |   |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane — 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability — 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability — 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 740 Railway Labor Act | 835 Patent–Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle — **PERSONAL PROPERTY** 370 Other Fraud | 790 Other Labor Litigation | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced & Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability — 371 Truth in Lending | 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury — 380 Other Personal Property Damage | **IMMIGRATION** | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury –Medical Malpractice — 385 Property Damage Product Liability | 462 Naturalization Application | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | | 465 Other Immigration Actions | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights — **HABEAS CORPUS** | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting — 463 Alien Detainee | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment — 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations — 530 General | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities– Employment — 535 Death Penalty | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities–Other — **OTHER** 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| | 448 Education — 550 Civil Rights | | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

|   |   |   |   |
|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation–Transfer | ☐ 8 Multidistrict Litigation–Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

Abuse of office / Power

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*

JUDGE                                DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*    ☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE    ☐ EUREKA-MCKINLEYVILLE

3/7/2024

JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Yvonne Jett

**(b)** County of Residence of First Listed Plaintiff Alameda
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Yvonne Jett
19972 Stanton Ave #62, Castro Valley, Co. 94546

**DEFENDANTS** U.S. Post office
Workers Compensation, ECAB

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

---

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC § 881 | ☐ 422 Appeal 28 USC § 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury—Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC § 157 | ☐ 376 Qui Tam (31 USC § 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 710 Fair Labor Standards Act | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment of Veteran's Benefits | ☒ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 720 Labor/Management Relations | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 740 Railway Labor Act | ☐ 835 Patent—Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 751 Family and Medical Leave Act | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 790 Other Labor Litigation | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury -Medical Malpractice | | **IMMIGRATION** | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 462 Naturalization Application | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 440 Other Civil Rights | **HABEAS CORPUS** | ☐ 465 Other Immigration Actions | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 445 Amer. w/Disabilities– Employment | ☐ 535 Death Penalty | | ☐ 871 IRS–Third Party 26 USC § 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 446 Amer. w/Disabilities–Other | **OTHER** | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 448 Education | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee– Conditions of Confinement | | | |

---

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation–Transfer ☐ 8 Multidistrict Litigation–Direct File

---

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: On the job injuries, Termination wrongful

---

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

---

**VIII. RELATED CASE(S), IF ANY** *(See instructions):*

JUDGE _____ DOCKET NUMBER _____

---

**IX. DIVISIONAL ASSIGNMENT** (Civil Local Rule 3-2)

*(Place an "X" in One Box Only)* ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE ☐ EUREKA-MCKINLEYVILLE



3/7/2024



JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Yvonne Jett

## DEFENDANTS
U.S. Post office, WIC, ECA

**(b)** County of Residence of First Listed Plaintiff *(EXCEPT IN U.S. PLAINTIFF CASES)*
Alameda

County of Residence of First Listed Defendant *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* (510) 593-9465
Yvonne Jett 19972 Stanton Ave #62 Castro Valley, Co 94546

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1  U.S. Government Plaintiff

3  Federal Question *(U.S. Government Not a Party)*

X 2  U.S. Government Defendant

4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | X 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | 480 Consumer Credit |
| 160 Stockholders' Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | | **IMMIGRATION** | 862 Black Lung (923) | 490 Cable/Sat TV |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 196 Franchise | X 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

1  Original Proceeding

2  Removed from State Court

3  Remanded from Appellate Court

4  Reinstated or Reopened

5  Transferred from Another District *(specify)*

6  Multidistrict Litigation–Transfer

8  Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Due Process Denied, 14th Amendment violated (Excluded) Evidence (no impartiality)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   X Yes    No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:
JUDGE                DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*   X SAN FRANCISCO/OAKLAND    SAN JOSE    EUREKA-MCKINLEYVILLE

DATE  3/7/2024    SIGNATURE OF ATTORNEY OF RECORD